**G. Viner and J. Newkirk, d/b/a Rockford Finance Co., not Inc., v. Alsee Weatherall, Appellant.**

**Gen. No. 11,424.**

Second District, Second Division.
January 16, 1961.

Samuel L. Dean, of Rockford, for appellant; Foltz, Haye & Keegan, of Rockford, for appellee. Opinion by JUSTICE WRIGHT. Not to be published in full.